JOSEPHINE TRUE, as Administratrix of CHARLES R. TRUE, Deceased, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*True* v. *Lehigh Valley R. R. Co.*, 37 App. Div. 625, affirmed.
(Argued January 17, 1900; decided February 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 7, 1899, affirming a judgment in favor of plaintiff

entered upon a verdict, and an order denying a motion for a new trial.

*John M. Brainard* for appellant.

*Halliday & Denton* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not voting, PARKER, Ch. J. Not sitting, LANDON, J.